**FILED**

April 20, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12MJ00104-GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MICHAEL DUNBAR, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   __MICHAEL DUNBAR__ , Case No. _

__2:12MJ00104-GGH__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

⎽   Release on Personal Recognizance

⎽   Bail Posted in the Sum of $_____

   ⎽   Unsecured Appearance Bond

   ⎽   Appearance Bond with 10% Deposit

   ⎽   Appearance Bond with Surety

   ⎽   Corporate Surety Bail Bond

   ✔   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 20, 2012__ at __2:00 pm__ .

By   /s/ Gregory G. Hollows
          Gregory G. Hollows
          United States Magistrate Judge

Copy 5 - Court